**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1686**

In re: LUIS ALBERIO MISAS RUEDA, a/k/a Carlos E. Sanchez,

Petitioner.

On Petition for Writ of Mandamus.

Submitted: November 15, 2018                    Decided: November 19, 2018

Before MOTZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

Luis Alberio Misas Rueda, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Alberio Misas Rueda petitions for a writ of mandamus seeking an order from this court directing the Department of Homeland Security to schedule and hold a removal hearing in his immigration proceedings. We lack jurisdiction to consider Rueda's petition. Under 8 U.S.C. § 1252(g) (2012), "no court shall have jurisdiction to hear any cause or claim by or on behalf of any alien arising from the decision or action by the Attorney General to commence proceedings, adjudicate cases, or execute removal orders against any alien under this chapter." We therefore dismiss the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*